UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATALIE COOK and MICHAEL A. PEREZ, individually and for all others similarly situated, | )<br>)<br>) Case No. 15-cv-7718 |
| Plaintiffs, | ) Judge Sharon Johnson Coleman |
| v. | ) |
| BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | ) |
| Defendants. | ) |

## MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT

Defendants Bank of America, N.A. ("BANA") and Bank of America Corporation ("BAC") (collectively, "Defendants" or "the Bank"), hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f) and/or 23 to dismiss or strike the Complaint of Plaintiffs Natalie Cook and Michael A. Perez (collectively, "Plaintiffs") for failure to state a claim upon which relief can be granted. In support thereof, the Bank states as follows:

1. Plaintiffs Complaint purports to allege two counts on behalf of Plaintiffs and others similarly situated for (1) failure to pay overtime wages in violation of the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq.; and (2) failure to pay overtime wages in violation of the Illinois Minimum Wage Law ("IMWL"), 820 ILCS §§ 105 et seq. However, both counts fail as a matter of law because the Complaint fails to allege any *facts* to support them.

1

2. In addition, Plaintiffs' prayer for liquidated damages should be dismissed or stricken because Plaintiffs' Complaint is devoid of any facts to show that Defendants engaged in a willful failure to pay overtime wages.

3. Furthermore, Plaintiffs' proposed nationwide class allegations pursuant to FED. R. CIV. P. 23 should be dismissed or the class definition should be stricken or ordered amended because, as phrased, Plaintiffs purports to represent a nationwide class of individuals to whom the IMWL does not and cannot apply.

WHEREFORE, for the foregoing reasons, and as set forth more fully in the accompanying Memorandum, Defendants respectfully request that Plaintiffs' Complaint be dismissed and/or stricken.

Dated: October 7, 2015

Respectfully submitted,

By: /s/ Brian E. Spang

Brian E. Spang, Esq.
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinoi 60601-1818
Telephone: (312) 750-3532
Facsimile: (312) 698-4562
Email: bspang@mcguirewoods.com

Michael D. Mandel, Esq.
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 956.3113
Email: mmandel@mcguirewoods.com

Attorneys for Defendants
DEFENDANTS BANK OF AMERICA
CORPORATION AND BANK OF AMERICA,
N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 7, 2015, I electronically filed the foregoing **Motion to Dismiss and/or Strike Plaintiffs' Complaint** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the Notice and the Motion were served via the CM/ECF system upon the following counsel for the parties:

**James B. Zouras, Esq.**
**Ryan F. Stephan, Esq.**
**Stephan Zouras, LLP**
**205 N. Michigan Ave., Ste. 2560**
**Chicago, IL 60602**
**(312) 233-1550**
**jzouras@stephanzouras.com**
**rstephan@stephanzouras.com**

      /s/ Brian E. Spang
Brian E. Spang, Esq.

MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinoi 60601-1818
Telephone: (312) 750-3532
Facsimile: (312) 698-4562
Email: bspang@mcguirewoods.com