## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Natalie Cook, et al.
         Plaintiff,

v.               Case No.: 1:15−cv−07718
              Honorable Sharon Johnson Coleman

Bank of America, N.A., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2015:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion to dismiss [10] is stricken without prejudice; without objection, plaintiff is granted leave to amend the complaint within 14 days, by 10/29/2015. No further motion is necessary. Defendant is allowed 21 days thereafter, to 11/19/2015 to file its responsive pleading. Status hearing set for 11/30/2015 at 09:00 AM. No appearance required on 10/15/2015.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.