UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Natalie Cook, et al.
                            Plaintiff,

v.                                            Case No.: 1:15−cv−07718
                                          Honorable Sharon Johnson Coleman

Bank of America, N.A., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 12, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The parties' joint motion to correct the record [35] is granted. The average settlement amount to be paid to plaintiff class members is $2,904.20, not $4,377.23 as was previously set forth in open court. No appearance necessary on 8/16/2016. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.